# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE JAMES MANSFIELD,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:25-cv-01078-RDP-HNJ |
| **JOHN SAMANIEGO,** *Sheriff,* | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation (Doc. 10) on January 6, 2026, recommending that the court deny Petitioner Willie James Mansfield's ("Mansfield") *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and dismiss his claims without prejudice to allow Mansfield an opportunity to exhaust his claims in state court. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Mansfield's § 2241 petition (Doc. 1) is due to be denied and his claims are due to be dismissed without prejudice. A final judgment will be entered.

**DONE** and **ORDERED** this February 4, 2026.

_____
**R. DAVID PROCTOR**
SENIOR U.S. DISTRICT JUDGE